IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; VICKI CHRISTIANSEN, Chief of the Forest Service; CHERYL PROBERT, Forest Supervisor for the Nez Perce-Clearwater National Forests; LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service; and NOAA-FISHERIES,<br><br>Defendants. | NO. 3:20-cv-00322-BLW<br><br>DECLARATION OF JEREMIAH W. BUSCH |

I, JEREMIAH W. BUSCH, declare that the following is true and correct:

**INTRODUCTION**

1. I am a Professor in the School of Biological Sciences at Washington State University. Since 2001, I have conducted independent research on the genetics of natural populations, with a specific focus on the largely negative impacts of inbreeding and population bottlenecks on organisms. In the last several years, I have published theoretical and empirical research on the fate of harmful mutations in small or bottlenecked populations (Layman and Busch 2018; Koski et al. 2019). While

DECLARATION OF JEREMIAH W. BUSCH - 1

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax. (206) 264-9300

most of my work concerns plant populations, the biological principles are completely general and apply to all populations in nature, including fish and mammals (Hedrick and Kalinowski 2000; Frankham 2005). In this declaration, I aim to explain the scientific consensus on how small populations are more sensitive to environmental and genetic threats than larger ones, and how very small populations are exposed to a greater risk of extinction. I then interpret recent declines of steelhead in light of these basic principles.

## PERSONAL BACKGROUND AND QUALIFICATIONS

2. I hold a B.A. degree in Biology from the University of Chicago (2000) and a Ph.D. in Evolutionary Biology from Indiana University (2005). After receiving my Ph.D., I worked as a Tomlinson Postdoctoral Fellow at McGill University in Montreal, Canada from 2005-2008.

3. I am currently a Professor in the School of Biological Sciences at Washington State University, where I have been teaching and conducting scientific research since 2008. At Washington State University, I teach a single class each semester. I teach a graduate student course (*Introduction to Population Genetics*) in fall and a course required for undergraduate biology majors (*Principles of Organic Evolution*) in spring. I have also taught additional courses at the graduate level: *Molecular Ecology and Phylogeography*, and *Quantitative Toolkit for Biologists*.

4. A major component of my work at Washington State University involves mentoring students in the conduct and publication of original research. Specifically, six graduate students have received degrees under my supervision (3 Ph.D., 3 M.S.), with three additional students currently seeking a Ph.D. in the laboratory. I have also served as a committee member for 36 graduate students (20 Ph.D., 16 M.S.). This mentoring has included students outside of my own department at Washington State University (Anthropology, Entomology, Mathematics, and Plant Pathology). I have also mentored 10 undergraduates in the conduct of research.

DECLARATION OF JEREMIAH W. BUSCH - 2

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax. (206) 264-9300

5. I often review the merits of scientific arguments made in papers and grant proposals in the fields of Evolutionary Biology and Ecology. I am an Associate Editor of *Evolution*, a leading journal in the field of Evolutionary Biology. In this capacity, I solicit expert reviewers to judge the scientific merits of research papers and make recommendations toward the rejection or eventual acceptance of these works. My first service in this capacity ranged from 2016-2018 and my current service spans 2020-2022. I have also served on nine federal advisory panels (seven for the National Science Foundation and two for the United States Department of Agriculture), where I made more than 100 recommendations on the funding of scientific research proposals.

6. I have published 38 peer-reviewed articles in scientific journals on the topics of population genetics, ecology, and evolution. I have also published two non-peer-reviewed commentaries on the role of inbreeding and population bottlenecks on the viability and evolution of populations. I attach my CV as Exhibit A to my declaration with a full list of these articles.

7. This declaration is based upon my knowledge and experiences in the study of natural populations, particularly those that are small or inbred.

**EXTINCTION THREATS IN SMALL NATURAL POPULATIONS**

8. Species that go extinct tend to have few individuals. The same principle applies to the local extirpation of populations or the loss of entire metapopulations at regional scales (Reiman et al. 1993). The leading factor causing extinction in natural populations is the degradation or loss of habitat (Butchart et al. 2010). At its core, species and populations decline in abundance whenever the birth rate of new individuals is insufficient to offset the death rate of individuals (Lande 1993; Reiman et al. 1993). Not surprisingly, there has been much interest in understanding and mitigating the decline of species and populations in the fields of conservation biology and population ecology (McClure et al. 1993; Pimm et al. 1995; Butchart et al. 2010). It is important to note, however, that even if

DECLARATION OF JEREMIAH W. BUSCH - 3

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax. (206) 264-9300

population declines can be stopped, small populations face additional threats to their continued persistence (Hutchings 2015). It is my goal in this section to describe those threats, which will be followed by material on small populations of steelhead in the Clearwater major population group.

9. In comparison to large populations, small populations suffer unique threats because they are more vulnerable to random events (Lande 1988). Random fluctuations in environmental conditions are a fact of life, and some environmental catastrophes that cause mass extinction are unpredictable (Sakamoto et al. 2016). While all populations experience unexpectedly harsh environments from time to time (*i.e.*, environmental stochasticity), it is more likely that all individuals may fail to survive or reproduce in smaller populations (Lande 1993). Even if a small population survives through one or more difficult generations, additional threats are out there. In populations with very few individuals, it is possible that all offspring in a generation randomly belong to the same sex (*i.e.*, demographic stochasticity). If all individuals are male or all individuals are female, the population will fail to replace itself and become locally extirpated. Several famous examples of this process have made headlines, with the notable case of the Northern White Rhinoceros grabbing headlines this year (Anderson 2021). There are two females left, and they are the last.

10. Small populations face additional genetic threats to their persistence (Lande 1988, 1993). One of these threats is fast acting. With few individuals, offspring are often produced through some form of inbreeding, which nearly always reduces the viability of offspring in large-bodied vertebrates (Crnokrak and Roff 1999; Keller and Waller 2002). These effects may become evident after a single generation of close inbreeding in captivity and wild settings (Frankham 2005; Bittles and Black 2010). Inbreeding is harmful because two copies of the same dysfunctional mutation become concentrated in the same offspring. While mutations tend to be recessive and therefore not expressed, inbreeding expresses these mutations. Mutations that are normally rare in large populations can even

DECLARATION OF JEREMIAH W. BUSCH - 4

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax. (206) 264-9300

be found at high frequency in small populations (Hedrick and Kalinowski 2000; Keller and Waller 2002). Over longer time scales, genetic variation is also lost more quickly in smaller populations, a phenomenon known as genetic drift (Lande 1988; Frankham 2005). Genetic drift happens because every generation involves the making of offspring from genetic variation in their parents. In small populations where few offspring are made, there is a greater chance that some of that variation will be lost in translation. Since genetic variation is necessary for populations to adapt, smaller populations are expected to have a reduced capacity to respond to future environmental change (Carlson et al. 2008).

**SNAKE RIVER BASIN STEELHEAD AND THE CLEARWATER MPG**

11. In the Pacific Northwest, many salmonids have declined in the face of habitat degradation and loss, dam building, hatchery-associated declines, human harvest, and additional threats (Reiman et al. 1993; McClure et al. 2003). Steelhead (*Onchorynchus mykiss*) are fish closely related to rainbow trout that are anadromous, meaning they migrate to the ocean for a portion of their life cycle before returning to spawn in freshwater streams. The Snake River Basin steelhead distinct population segment (DPS) was listed under the Endangered Species Act in 1997 and this status was reaffirmed in 2016 (NOAA 2016 5-year review). Recent declines in the abundance of Snake River Basin steelhead during the 2018-2019 migration have raised serious new concerns (Barry Thom Letter, 2019). Specifically, the regional administrator of NOAA Fisheries informed the U.S. Army Corps of Engineers that an Early Warning Indicator for Snake River Basin steelhead had been triggered because of the magnitude of declines in abundance (Barry Thom Letter, 2019).

12. The Snake River steelhead distinct population segment (DPS) is composed of five major population groups (MPGs; Lolo Creek Insects & Disease Project Record of Decision 2019). In this declaration, the Clearwater MPG is of relevance since the Lolo Insect & Disease Project involves

DECLARATION OF JEREMIAH W. BUSCH - 5

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax.  (206) 264-9300

road building, culvert replacement, and timber harvest in the Clearwater watershed (Lolo Insects & Disease Project Record of Decision 2019). Within this MPG, the Lolo Creek population is found within the entire Lolo Creek watershed and has been classified as a major spawning area (Espinosa and Lee 1991). The Forest Service is "reasonably certain" that proposed activities will negatively influence steelhead caused by the Lolo Insects & Disease Project (Lolo Insects & Disease BO Revised 2019). These impacts relate to elevated sediment turbidity caused by road construction, culvert replacements, and harvest activities. The question is therefore not whether negative impacts will occur, but instead whether the extent of these impacts threaten the Lolo Creek steelhead population.

## STEELHEAD IN LOLO CREEK AND NEARBY STREAMS

13. The Lolo Creek steelhead population "must stay at a Maintained status (moderate risk) or higher in terms of viability rating to achieve recovery" (p. 28, Table 7, Lolo Creek Insects & Disease Project Record of Decision 2019). At face value, this appears problematic seeing how the current status of the population is listed as "High Risk" (p. 28, Table 7, Lolo Creek Insects & Disease Project Record of Decision 2019). Regardless, there is scant recent information on the number of steelhead in Lolo Creek. The data that do exist are clear, however, in showing that few adults are found in the Lolo Creek watershed. In 1987, 88 gravel nests containing eggs (redds) were identified in Lolo Creek, and estimates of fish at various life history stages were low in 2007, 2009, 2011, and 2013 (24_002_2012LoloSummaryFishReport.pdf, pp. 2-3; Lolo Creek Insects & Disease Project Record of Decision 2019).

14. Yearly surveys of adult steelhead fish have been conducted outside the Lolo Creek watershed but nearby within the Clearwater MPG (IDFG, 2019). Specifically, adult abundance has been estimated with capture of fish in weirs for more than one year at four locations: Big Bear Creek, Fish Creek, Crooked River, and the East Fork of the Crooked River (IDFG, 2019). Of these data

DECLARATION OF JEREMIAH W. BUSCH - 6

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax. (206) 264-9300

collected, The Fish Creek watershed is closest to the Lolo Creek watershed and is of similar geographic size (Espinosa and Lee 1991; IDFG, 2019). A plot of adult abundance shows several compelling facts (Figure 1; data from Appendix A, IDFG, 2019). First, steelhead abundance fluctuates over time with populations infrequently having more than 200 adults. Second, declines in steelhead have occurred in all sampled locations since 2016 (Figure 1, dashed line). It stands to reason that steelhead abundance in Lolo Creek is of similar magnitude to the trends reported elsewhere in the Clearwater MPG.



**Figure 1**. The abundance of adult steelhead in populations of the Clearwater MPG. The vertical dashed line denotes 2016, with declines in abundance at all four locations since that time. Estimates are generated using accepted methodologies based on samples collected at each location (IDFG 2019).

## CONCLUSIONS

15. Even if one ignores recent declines in abundance (Figure 1), it is evident that few adult steelhead are found in populations of the Clearwater MPG. Unfortunately, useful data on steelhead abundance in Lolo Creek are hard to find, though they would be extremely valuable. Given the available evidence regarding small populations of adult steelhead in the Clearwater MPG, is steelhead persistence in Lolo Creek likely to be substantially influenced by the incidental take acknowledged in the Lolo Insects & Disease Project (Lolo Insects & Disease BO Revised 2019)? Prospects for the

DECLARATION OF JEREMIAH W. BUSCH - 7

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

general persistence of small salmonid populations has been explicitly considered by the Forest Service (Reiman et al. 1993). In general, the persistence of isolated salmonid populations appears to be relatively unaffected as long as populations exceed 100 individuals (Figure 2; from Reiman et al. 1993). This prediction holds true for populations regardless of variation in the annual growth rate. However, once populations number less than 50 individuals, prospects for the persistence of populations decline precipitously (Figure 2).

16. While many of the low-abundance steelhead populations in the Clearwater MPG clearly merit classification under the same "High" overall viability risk category, this does not mean that populations with 10-50 individuals have the same extinction risk as populations with 500-1,000 individuals (Figure 2). There is also the possibility that extinction threats can be offset by the connectivity of nearby steelhead populations to the Lolo Creek population through the straying of migrating adults (Reiman et al. 1993). Nevertheless, the smallest populations are fundamentally more vulnerable to loss, and such an outcome in Lolo Creek would further dim hopes for the continued viability of steelhead in the Clearwater MPG. While negative impacts on steelhead caused by the Lolo Insects & Disease Project are "reasonably certain," their impacts on the potential extinction of steelhead in Lolo Creek requires a thorough investigation that is absent in the record of decision (Lolo Insects & Disease Record of Decision, 2019). Such a careful reconsideration of the situation in Lolo Creek would align with recent suggestions made by NOAA for the broader steelhead Snake River DPS (Barry Thom Letter, 2019).

DECLARATION OF JEREMIAH W. BUSCH - 8

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax.  (206) 264-9300



**Figure 2.** Estimated probability that a hypothetical population will persist above a minimum threshold of 20 adults for 100 years given an initial population size and the variance (parentheses) in annual growth rate. Reproduced from Reiman et al. (1993).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 28th day of January, 2021, at Moscow, Idaho.

JEREMIAH W. BUSCH

DECLARATION OF JEREMIAH W. BUSCH - 9

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

**REFERENCES**

Anderson, S. 2021. The last two Northern White Rhinos on Earth. The New York Times. Published January 6, 2021. Available at: https://www.nytimes.com/2021/01/06/magazine/the-last-two-northern-white-rhinos-on-earth.html

Bittles, A.H. and M.L. Black. 2010. Consanguinity, human evolution, and complex diseases. Proceedings of the National Academy of Sciences USA 107:1779-1876.

Butchart, S.H.M, M. Walpole, B. Collen, A. van Strien, J.P.W. Scharlemann, R.E.A. Almond, et al (45 authors). 2010. Global biodiversity: indicators of recent decline. Science 328:1164-1168.

Carlson, S.M. and T.R. Seamons. 2008. A review of quantitative genetic components of fitness in salmonids: implications for adaptation to future change. Evolutionary Applications 1:222-238.

Crnokrak, P. and R.A. Roff. 1999. Inbreeding depression in the wild. Heredity 83: 260-270.

Espinosa, F.A. and K.M. Lee. 1991. Natural propagation and habitat improvement Idaho: Lolo Creek and Upper Lochsa. Clearwater National Forest, Project # 84-6.

Frankham, R. 2005. Genetics and extinction. Biological Conservation. 126:131-140.

Hedrick, P. and S.T. Kalinowski. 2000. Inbreeding depression in conservation biology. Annual Review of Ecology and Systematics 31:139-162.

Hutchings, J.A. 2015. Thresholds for impaired species recovery. Proceedings of the Royal Society B-Biological Sciences 282:20150654.

IDFG. 2019. Idaho Adult steelhead monitoring 2018 annual report. IDFG Report 19-06.

Keller, L.F. and D.M. Waller. 2002. Inbreeding effects in wild populations. Trends in Ecology and Evolution 17:230-241.

Koski, M.H., N.C. Layman, C.J. Prior, J.W. Busch and L.F. Galloway. 2019. Selfing ability and drift load evolve with range expansion. Evolution Letters 3:500-512.

Lande, R. 1988. Genetics and demography in biological conservation. Science 241:1455-1460.

Lande, R. 1993. Risks of population extinction from demographic and environmental stochasticity and random catastrophes. American Naturalist 142:911-927.

Layman, N.C. and J.W. Busch. 2018. Bottlenecks and inbreeding depression in autotetraploids. Evolution 72:2025-2037.

DECLARATION OF JEREMIAH W. BUSCH - 10

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax.  (206) 264-9300

McClure, M.M., E.E. Holmes, B.L. Sanderson and C.E. Jordan. 2003. A large-scale, multispecies status assessment: Anadromous salmonids in the Columbia River Basin. Ecological Applications 13:964-989.

Pimm, S.L., G.J. Russell, J.L. Gittleman and T.M. Brooks. 1995. The future of biodiversity. Science 269:347-350.

Reiman, B., D. Lee, J. McIntyre, K. Overton and R. Thurow. 1993. Consideration of extinction risks for salmonids. Fish Habitat Relationships Technical Bulletin 14:1-12.

Sakamoto, M., M.J. Benton and C. Venditti. 2016. Dinosaurs in decline tens of millions of years before their final extinction. Proceedings of the National Academy of Sciences USA 113:5036-5040.

DECLARATION OF JEREMIAH W. BUSCH - 11

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

# EXHIBIT A

Jeremiah W. Busch

**Curriculum Vitae: Jeremiah W. Busch – One Page Executive Summary**

**1. Professional Experience and Appointments**
- Tenured or tenure track faculty at Washington State University (2008-present)
- Visiting Professor, University of Kansas (remote sabbatical, 2020-2021)
- Visiting Associate Professor, Middle Tennessee State U. (sabbatical, spring 2015)
- Postdoc in Population Genetics at McGill University (2005-2008)
- Ph.D. in Evolution (Indiana University, 2005), B.A. in Biology (U. Chicago, 2000)

**2. Research Productivity and Grantsmanship**
- Senior-authored collaborative papers and papers with postdocs and graduate students as first authors
- 40 publications in journals such as *Current Biology*, *Molecular Biology and Evolution*, *Molecular Ecology, New Phytologist, Evolution Letters,* and *Evolution*
- A total of 24 invited talks at university departments and international meetings, with 11 since promotion to Associate Professor
- Ongoing external support since 2009; lead or sole PI on 5 NSF grants totaling $967,726 and co-PI on 2 additional grants (1 NSF, 1 USDA) totaling $369,357

**3. Student Training**
- Major advisor to 2 postdoctoral researchers, 9 graduate students (6 Ph.D., 3 M.S.), and 10 undergraduate researchers
- 2 Ph.D. students both attained NSF Doctoral Dissertation Improvement Grants (DDIGs) and highly competitive research assistant funds during their last year of dissertation
- Committee member for 36 graduate students at WSU (20 Ph.D., 16 M.S.) and 1 as external committee member (U. Toronto). WSU students are from many departments (Biology, Entomology, Plant Pathology, Anthropology, and Mathematics)
- Postdocs and graduate students have all attained positions in biological research or academia. Of my undergraduate researchers, most now work in graduate/medical school, research laboratories, clinical settings, industry, or conservation non-profits

**4. Teaching**
- Since at WSU, have prepared and taught 5 different courses at graduate or undergraduate levels and have co-taught 3 graduate seminars
- Regularly teach a core graduate course (20+ students/semester) and a large undergraduate course required for Biology and Zoology majors (135+ students/semester)
- Courses have emphasized sound logical reasoning, data literacy, careful analysis, and immersion in science as a process
- Led the development of a new graduate course. This effort was made to better train graduate students in the toolkit of skills essential for independent research

**5. Service**
- Associate editor of 3 journals (*Evolution*, *American Journal of Botany*, and *International Journal of Plant Sciences*); Advisory Board member at *New Phytologist*
- Served on 9 scientific advisory panels at federal agencies (7 NSF, 2 USDA)
- Served as the Interim Associate Director of Graduate Studies in SBS (spring 2016)
- Chaired 4 committees at departmental level and served on 16 additional committees at the departmental or university level
- Invited to organize talks in a "Spotlight Session" at Evolution Society Meetings

1

Jeremiah W. Busch

## RESEARCH EXPERTISE

Evolutionary biology, population genetics, biogeography, and plant reproduction

## EDUCATION

| | |
|---|---|
| 2005-2008 | Postdoc, Population genetics, McGill University, Montreal, Canada |
| 2005 | Ph.D., Evolution, Indiana University, Bloomington, IN |
| 2000 | A.B., Biology (with Honors), University of Chicago, Chicago, IL |

## PROFESSIONAL ACADEMIC EXPERIENCE

| | |
|---|---|
| 2020-present | Professor, School of Biological Sciences, Washington State University |
| 2014-2020 | Associate Professor, School of Biological Sciences, Washington State University |
| 2008-2014 | Assistant Professor, School of Biological Sciences, Washington State University |
| 2005-2008 | Tomlinson Postdoctoral Fellow, Department of Biology, McGill University |
| 2000-2005 | PhD Student, Department of Biology, Indiana University |

## PUBLICATIONS

**41 Publications, Google scholar:** 1,683 total citations, h-index=21, i10 statistic=30

*Published manuscripts, including those in review*

41. Hilpman[*], E.T. and **J.W. Busch**. 2020. Floral traits differentiate pollination syndromes and taxa but fail to predict the identity of pollinators visiting *Castilleja*. *American Journal of Botany* (*in revision*).

40. Prior, C.J., N.C. Layman, M.H. Koski, L.F. Galloway, and **J.W. Busch**. 2020. Westward range expansion from middle latitudes explains the Mississippi River discontinuity in a forest herb of eastern North America. *Molecular Ecology* 29:4473-4486.

39. McCulloch, J.B., J.P. Owen, N.C. Hinkle, B.A. Mullens, and **J.W. Busch**. 2020. Genetic structure of northern fowl mite (Megostigmata: Macronyssidae) populations among layer chicken flocks and local house sparrows (Passeriformes: Passeridae). *Journal of Medical Entomology* 57:122-130.

38. Koski, M.H., N.C. Layman, C.J. Prior, **J.W. Busch** and L.F. Galloway. 2019. Selfing ability and drift load evolve with range expansion. *Evolution Letters* 3:500-512.

37. Koski, M.H., L.F. Galloway, and **J.W. Busch**. 2019. Pollen limitation and autonomous selfing ability interact to shape variation in outcrossing rate across a species range. *American Journal of Botany* 106:1240-1247.

36. Chisholm, P.J., **J.W. Busch**, and D.W. Crowder. 2019. Effects of life history and ecology on virus evolutionary potential. *Virus Research* 265:1-9.

35. Layman, N.C. and **J.W. Busch**. 2018. Bottlenecks and inbreeding depression in autotetraploids. *Evolution* 72:2025-2037.

34. Grossenbacher, D.L., Y. Brandvain, J. Auld, M. Burd, P.O. Cheptou, J.K. Conner, A.G. Grant, S. Hovick, J.R. Pannell, A. Pauw, T. Petanidou, A. Randle, R. Rubio de Casas, J.Vamosi, A. Winn, B. Igic, **J.W. Busch**, S. Kalisz and E.E. Goldberg. 2017. Self-compatibility is over-represented on islands. *New Phytologist* 215:469-478.

2

Jeremiah W. Busch

33. Layman, N.C., M.T.R. Fernando, C.R. Herlihy, and **J.W. Busch**. 2017. Costs of selfing prevent the spread of a self-compatibility mutation that causes reproductive assurance. *Evolution* 71:884-897.

32. Dixon, A.L. and **J.W. Busch**. 2017. Common garden test of range limits as predicted by a species distribution model in the annual plant *Mimulus bicolor*. *American Journal of Botany* 104:817-827.

31. Koski, M.H., D.L. Grossenbacher, **J.W. Busch** and L.F. Galloway. 2017. A geographic cline in the ability to self-fertilize is unrelated to the pollination environment. *Ecology* 98:2930-2939.

30. **Busch, J.W.** and L.F. Delph. 2017. Evolution: Selfing takes species down Stebbins's blind alley. *Current Biology* 27:R61-R63.

29. Harder, L.D., M.A. Aizen, S.A. Richards, M.A. Joseph and **J.W. Busch**. 2016. Diverse ecological relations of male gametophyte populations in stylar environments. *American Journal of Botany* 103:484-497.

28. Norton, N.A., M.T.R. Fernando, C.R. Herlihy and **J.W. Busch**. 2015. Reproductive character displacement shapes a spatially structured petal color polymorphism in *Leavenworthia stylosa*. *Evolution* 69:1191-1207.

27. Pannell, J.R., J. Auld, Y. Brandvain, M. Burd, **J.W. Busch**, P.O. Cheptou, J.K. Conner, E.E.Goldberg, A.G. Grant, D.L. Grossenbacher, S. Hovick, B. Igic, S. Kalisz, A. Pauw, T. Petanidou, A.M. Randle, R. Rubio de Casas, J. Vamosi and A. Winn. 2015. The scope of Baker's Law. *New Phytologist* 208:656-667.

26. Bills, J.W., E.H. Roalson, **J.W. Busch** and P.B. Eidesen. 2015. Environmental and genetic correlates of allocation to sexual reproduction in the circumpolar plant *Bistorta vivipara* (Polygonaceae). *American Journal of Botany* 102:1174-1186.

25. Villanea, F.A., K.N. Safi and **J.W. Busch**. 2015. A general model of negative frequency dependent selection explains global patterns of human ABO polymorphism. *PLoS One* 10(5):e0125003.

24. Pawlak, A.R., R.N. Mack, **J.W. Busch** and S.J. Novak. 2015. Invasion of *Bromus tectorum* (L.) into California and the American Southwest: rapid, multi-directional and genetically diverse. *Biological Invasions* 17:287-306.

23. **Busch, J.W.**, T. Witthuhn and M. Joseph. 2014. Fewer S-alleles are maintained in plant populations with sporophytic as opposed to gametophytic self-incompatibility. *Plant Species Biology* 29:34-46.

22. Linksvayer, T.A., **J.W. Busch** and C.R. Smith. 2013. Social supergenes of super-organisms: do supergenes play important roles in social evolution? *BioEssays* 35:683-689.

21. Igic, B. and **J.W. Busch**. 2013. Is self-fertilization an evolutionary dead end? *New Phytologist* 198:386-397.

Jeremiah W. Busch

20. Dixon, A.L., C.R. Herlihy and **J.W. Busch**. 2013. Demographic and population-genetic tests provide mixed support for the abundant centre hypothesis in the endemic plant *Leavenworthia stylosa*. *Molecular Ecology* 22:1777-1791.

19. Herman, A.C., **J.W. Busch** and D.J. Schoen. 2012. Phylogeny of *Leavenworthia* S-alleles suggests unidirectional mating system evolution and enhanced positive selection following an ancient population bottleneck. *Evolution* 66:1849-1861.

18. **Busch, J.W.** and W.J. Werner. 2012. Population structure has limited fitness consequences in the highly selfing plant *Leavenworthia uniflora* (Brassicaceae). *International Journal of Plant Sciences* 173:495-506.

17. **Busch, J.W.** and L.F. Delph. 2012. The relative importance of reproductive assurance and automatic selection as hypotheses for the evolution of self-fertilization. *Annals of Botany* 109:553-562.

16. **Busch, J.W.**, S. Joly and D.J. Schoen. 2011. Demographic signatures accompanying the evolution of selfing in *Leavenworthia alabamica*. *Molecular Biology and Evolution* 28: 1717-1729.

15. **Busch, J.W.** 2011. Demography, pollination, and Baker's law. *Evolution* 65:1511-1513.

14. **Busch, J.W.** and L. Urban. 2011. Insights gained from 50 years of studying the evolution of self-compatibility in *Leavenworthia* (Brassicaceae). *Evolutionary Biology* 38:15-27.

13. **Busch, J.W.**, C.R. Herlihy, L. Gunn and W.J. Werner. 2010. Mixed mating in a recently derived self-compatible population of *Leavenworthia alabamica* (Brassicaceae). *American Journal of Botany* 97:1005-1013.

12. **Busch, J.W.**, S. Joly and D.J. Schoen. 2010. Does mate limitation in self-incompatible species promote the evolution of selfing? The case of *Leavenworthia alabamica. Evolution* 64:1657-1670.

11. Schoen, D.J. and **J.W. Busch**. 2009. The evolution of dominance in sporophytic self-incompatibility systems. II. Mate-availability and recombination. *Evolution* 63:2099-2113.

10. Molecular Ecology Resources Primer Development Consortium, **J.W. Busch**, W.J. Werner et al. 2009. Permanent genetic resources added to molecular ecology resources database 1 May 2009-31 July 2009. *Molecular Ecology Resources* 9:1460-1466.

9. **Busch, J.W.**, J. Sharma and D.J. Schoen. 2008. Molecular characterization of *Lal2*, an *SRK*-like gene linked to the S-locus in the wild mustard *Leavenworthia alabamica*. *Genetics* 178:2055-2067.

8. **Busch, J.W.** and D.J. Schoen. 2008. The evolution of self-incompatibility when mates are limiting. *Trends in Plant Science* 13:128-136.

7. Schoen, D.J. and **J.W. Busch**. 2008. On the evolution of self-fertilization in a metapopulation. *International Journal of Plant Sciences* 169:119-127.

6. Anderson, I.A. and **J.W. Busch**. 2006. Relaxed pollinator-mediated selection weakens

4

Jeremiah W. Busch

    floral integration in self-compatible taxa of *Leavenworthia* (Brassicaceae). *American Journal of Botany* 93:860-867.

5. **Busch, J.W.** 2006. Heterosis in an isolated, effectively small, and self-fertilizing population of the flowering plant *Leavenworthia alabamica. Evolution* 60:184-191.

4. **Busch, J.W.** 2005. The evolution of self-compatibility in geographically peripheral populations of *Leavenworthia alabamica* (Brassicaceae). *American Journal of Botany* 92:1503-1512.

3. **Busch, J.W.** 2005. Inbreeding depression in self-incompatible and self-compatible populations of *Leavenworthia alabamica. Heredity* 94:159-165.

2. **Busch, J.W.**, M. Neiman and J.M. Koslow. 2004. Evidence for maintenance of sex by pathogens in plants. *Evolution* 58:2584-2590.

1. Cipollini, D.F., **J.W. Busch**, K. Stowe, E. Simms and J. Bergelson. 2003. Genetic variation and relationships of constitutive and herbivore-induced glucosinolates, trypsin inhibitors, and herbivore resistance in *Brassica rapa. Journal of Chemical Ecology* 29:285-302.

## RESEARCH FUNDING

**Total Funds to WSU as PI or co-PI:** $1,337,083; **Total Funds to Busch:** $967,726
**Since tenure:** PI on 3 NSF grants +1 REU; co-PI on 1 NSF grant ($556,796 to Busch)
**Since WSU:** PI on 5 NSF grants +1 REU; co-PI on 2 grants (1 NSF, 1 USDA)

| Project | Status | Role | Source | WSU $ | Busch $ | Years |
| --- | --- | --- | --- | --- | --- | --- |
| OPUS MCS: Is self-fertilization an evolutionary dead end? Artificial selection of a key outcrossing trait and its consequences in partially selfing populations | Awarded | Sole PI | NSF | $197,724 | $197,724 | 2019-2021 |
| Collaborative Research: Does genetic load drive mating system evolution? Tests in an explicit historical context | Completed | Sole PI | NSF | $342,000 | $342,000 | 2015-2019 |
| MRI: Acquisition of a total reflection X-ray fluorescence spectrometer to enable ultra-trace element analysis at Washington State University | Completed | One of 5 co-PIs | NSF | $125,861 | $0 | 2018 |
| Collaborative Research REU: Does genetic load drive mating system evolution? Tests in an explicit context | Completed | Sole PI | NSF | $6,975 | $6,975 | 2016 |
| Dissertation Research: Empirical, theoretical and comparative tests of major hypotheses for the evolution of self-fertilization in flowering plants | Completed | Lead PI | NSF | $10,097 | $10,097 | 2016-2018 |

5

Jeremiah W. Busch

| | | | | | | |
|---|---|---|---|---|---|---|
| Dissertation Research: Testing fundamental constraints on species ranges in the endemic plant *Mimulus bicolor* | Completed | Lead PI | NSF | $19,630 | $19,630 | 2013-2015 |
| Collaborative Research: Integrating gene and individual level selection to understand the evolution of self-fertilization in flowering plants | Completed | Sole PI | NSF | $370,421 | $370,421 | 2011-2017 |
| Collaborative Research UBM: UI-WSU program in undergraduate mathematics and biology | Completed | One of 6 WSU senior personnel | NSF | $200,000 | $0 | 2010-2016 |
| New Faculty Seed Grant: Is self-fertilization an evolutionary dead end? An ideal test of the hypothesis | Completed | Sole PI | WSU | $8,423 | $8,423 | 2010-2011 |
| Origins and spread of the northern fowl mite: a landscape genetics approach | Completed | co-PI | USDA | $255,952 | $12,456 | 2009-2013 |

## **TEACHING**

Lecturer, Biology 405 *Principles of Organic Evolution*
    Spring 2014, 2019, 2020
Co-Lecturer, Biology 405 *Principles of Organic Evolution* (50% contribution)
    Spring 2010, 2011, 2012, 2013, 2016, 2017, 2018
Lecturer, Biology 519 *Introduction to Population Genetics*
    Fall 2008, 2009, 2011, 2013, 2014, 2015, 2017, 2018, 2019
Lecturer, Biology 564 *Molecular Ecology and Phylogeography*
    Fall 2012, 2016
Co-Lecturer, Biology 571 *Quantitative Toolkit for Biologists* (40% contribution; 7 faculty)
    Spring 2014, 2016
Seminar Co-Leader, Biology 589 *Selection of Quantitative Traits* (Walsh and Lynch)
    Spring 2020
Seminar Co-Leader, Biology 589 *Biologist's Guide to Mathematical Modeling* (Otto and Day)
    Fall 2016
Seminar Co-Leader, Biology 589 *Elements of Evolutionary Genetics* (D. and B. Charlesworth)
    Spring 2013
Seminar Leader, Biology 589 *The Origin of Species* (Darwin)
    Spring 2011
Lecturer, Biology 393 *Seminar I*
    Fall 2010

## **MENTORING** *co-author on peer-reviewed publication*

*Postdoctoral research associates*                          *Currently*
    Nathan Layman, Ph.D. (2018)*                 Postdoc, U. Idaho
    Dena Grossenbacher, Ph.D. (2015-2016)*       Asst Prof., Cal Poly
*Graduate students*
    Shelby Tisinai, Ph.D. (2020-present)
    Evan Hilpman, Ph.D. (2015-present)*

6

Jeremiah W. Busch

 Carly Prior, Ph.D. (2015-present)*
 Jordan Rainbow, M.S. (2018-2020)  Lab. Tech., WSU
 Nathan Layman, Ph.D. (2012-2018)*  Postdoc, U. Idaho
 Fernando Villanea, Ph.D. (2015-2016)*  Asst Prof., CU Boulder
 Andrea Dixon, Ph.D. (2009-2014)*  Research Assoc, Kans. St. U.
 Nicholas Norton, M.S. (2012-2014)*  Exec. Dir., WA Land Trust
 Michael Joseph, M.S. (2010-2012)*  Lab. Tech., U. Michigan

*Committee service*
 20 Ph.D. students at WSU
 16 M.S. students at WSU

**RESEARCH PRESENTATIONS**

*Invited talks, last 5 years*
 University of Kansas (spring 2021 semester)
 University of Stockholm, Sweden (cancelled, Covid-19)
 Middle Tennessee State University (cancelled, Covid-19)
 Indiana University
 University of Memphis
 University of Montana

*Talks at professional meetings, last 5 years*
 International Botanical Congress, Shenzhen, China
 Midwest Population Genetics Meeting, Minneapolis, MN
 Evolution Society Meetings, Portland, OR

7