IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRIENDS OF THE CLEARWATER and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; VICKI CHRISTIANSEN, Chief of the Forest Service; CHERYL PROBERT, Forest Supervisor for the Nez Perce-Clearwater National Forests; LEANNE MARTEN, Regional Forester for Region 1 for the U.S. Forest Service; and NOAA-FISHERIES,<br><br>Defendants. | NO. 3:20-cv-00322-BLW<br><br>DECLARATION OF AL ESPINOSA |

I, AL ESPINOSA, declare that the following is true and correct:

1. I make this declaration based upon my personal knowledge. I am competent to testify to the matters declared herein, if necessary. I live in Moscow, Idaho.

2. I previously submitted a Declaration, signed on September 21, 2017, that was entered into the administrative record of the Lolo Insect and Disease Project. That earlier Declaration appears at page numbers 057216–057230 of the Forest Service's administrative record. I will not repeat my professional qualifications here, but refer the reader to my 2017 Declaration that sets them out in detail.

DECLARATION OF AL ESPINOSA - 1

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

3. I understand that the 2019 NOAA-Fisheries Biological Opinion in the above-captioned matter cites data from 2011–2015 showing that the numbers of Snake River Basin steelhead retuning from the ocean to spawn were at a record high.

4. I have read the October 23, 2019 letter from NOAA Regional Administrator Barry Thom, which states that between 2014 and 2015, "an estimated 45,789 naturally produced steelhead passed Lower Granite Dam" on the Snake River, the highest number since this data series began in the mid-1980s. NMFS 012477. The October 23, 2019 Barry Thom letter goes on to state: "[F]ive years later, only 8,182 passed the project," the lowest return since the 1994–95 and 1995–96 migrations. *Id*.

5. I understand that this new data showing that steelhead returns were at a 25-year record low at the time the Biological Opinion was issued was not cited or analyzed in the 2019 Biological Opinion.

6. In my professional opinion as a fisheries biologist, the effects of the Lolo Project on Snake River basin steelhead could be much worse, and are likely to affect these steelhead in a manner or to an extent not considered in the 2019 Biological Opinion, in light of the new data showing drastically reduced numbers of returning steelhead.

7. My opinion that the Lolo Project is likely to affect Snake River basin steelhead in a manner or to an extent not considered in the 2019 Biological Opinion is based not only on the Biological Opinion's failure to consider more recent steelhead return data, but also on the failure of the Forest Service to properly analyze sedimentation in Eldorado Creek. I describe that failure in my 2017 Declaration.

DECLARATION OF AL ESPINOSA - 2

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 28th of January, 2021, at Seal Beach, California

X _____    X *Fernando Espinosa*
                                                    Fernando Al Espinosa

DECLARATION OF AL ESPINOSA - 3

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel.  (206) 264-8600
Fax.  (206) 264-9300